**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-CV-20434-RAR**

**YONI REYES REYES**,

Plaintiff,

v.

**U.S. CITIZENSHIP AND IMMIGRATION SERVICES**,

Defendant.
________________________________/

**ORDER OF DISMISSAL**

**THIS CAUSE** comes before the Court upon Plaintiff's Notice of Voluntary Dismissal ("Notice"), [ECF No. 5], filed on May 27, 2025. The Court having reviewed the Notice, the record, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that this case is **DISMISSED** ***without prejudice***, with each party to bear their own fees and costs. The Clerk is instructed to mark this case **CLOSED**, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida, this 28th day of May, 2025.

______________________________
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**